# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNIA MATOS,<br><br>            Plaintiff,<br><br>   vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>            Defendant. | Case No.  2:24-cv-03912-AH-MAA<br><br>Honorable Anne Hwang<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**  [32] [JS-6] |

Plaintiff Dunia Matos and Defendant Portfolio Recovery Associates, LLC, by and through counsel, having stipulated to the dismissal of the above-captioned matter with prejudice as a result of settlement between Plaintiff and Defendant, the Court hereby GRANTS the stipulation to dismiss Defendant Portfolio Recovery Associates, LLC with prejudice.

**IT IS SO ORDERED.**

Dated: APRIL 9, 2025          By: /s/ Anne Hwang
                                   HON. ANNE HWANG
                                   United States District Judge